UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
CASE NO. 11CR20321

UNITED STATES OF AMERICA,
        Plaintiff,

v.

LUIS FERNANDO BERTULUCCI CASTILLO,
        Petitioner.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW COMES** Humberto R. Dominguez, attorney for defendant, LUIS FERNANDO BERTULUCCI CASTILLO, and hereby moves this honorable Court for an order allowing counsel to withdraw from this matter. In support thereof, undersigned states as follows:

1. Defendant, Luis Fernando Bertulucci Castillo, has been charged with Conspiracy to Manufacture and Distribute Cocaine, Conspiracy to Possess with Intent to Distribute Cocaine While on Board a U.S. Registered Aircraft and Falsifying and Concealing Owner of Aircraft.

2. On July 11, 2011, Mr. Bertulucci Castillo made his initial appearance before Magistrate Judge Chris M. McAliley. The Federal Public Defender was appointed to represent Mr. Bertulucci Castillo.

3. On July 13, 2011, Mr. Bertulucci Castillo was Arraigned and pled not guilty to the charges.

4. On July 14, 2011, Mr. Bertulucci Castillo, was assigned Federal Public Defender, Helaine Blythe Batoff . On July 20, 2011, undersigned counsel moved to Substitute the Federal Public Defender, and accordingly entered his appearance and the representation proceeded.

5. On November 29, 2011, Mr. Bertulucci Castillo entered a Plea on this matter and is currently scheduled for sentencing on August 6, 2012.

      6.      On June 5, 2012, Mr. Bertulucci Castillo retained new counsel, Dennis Nicolas Urbano.

      7.      Undersigned counsel requests permission to withdraw as attorney of record due to irreconcilable differences over issues arising out of this litigation as well as over the management and direction of the litigation.

      8.      The Defendant, Mr. Bertulucci Castillo has been notified and given a copy of this filing.

      9.      The Defendant, Mr. Bertulucci Castillo's mailing address is: FDC Miami, Federal Detention Center, P. O. Box 019120, Miami Florida 33101.  Federal Register No.: 95355-004.

WHEREFORE, undersigned counsel, Humberto R. Dominguez, moves this Honorable Court to enter an Order allowing him to withdraw his appearance as attorney for Defendant, LUIS FERNANDO BERTULUCCI CASTILLO.

      Respectfully submitted,

HUMBERTO R. DOMINGUEZ, P.A.
Counsel for Defendant
800 Brickell Avenue, PH 2
Miami, Florida  33131
Telephone    305-373-6400
Facsimile     305-373-3096
Email          hrdcriminallalw@aol.com

*/s/ Humberto R. Dominguez*
By_____
      Humberto R. Dominguez, Esq.
      Florida Bar No.  837903

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on July 19, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

**I HEREBY CERTIFY** that the forgoing was mailed by United States Postal Service to the following non-ECF participants:

LUIS FERNANDO BERTULUCCI CASTILLO

*/s/ Humberto R. Dominguez*

By_____

Humberto R. Dominguez