UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.** 11-cr-20321-Pas

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by J.A. D.C.
DEC 17 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

11-CR-20321-Pas.

[illegible]

11-CR-20321

13 DEC 2012 PM 4 L

Freedom

FOREVER

33128031812